Michael Machat, Esq.
MACHAT & ASSOCIATES, P.C.
433 N. Camden Drive, Ste. 730
Beverly Hills, California 90210
Telephone: (310) 860-1833
Telefax: (310) 860-1837
Email: info@machatlaw.com

Attorneys for Plaintiff
TI Beverage Group, Ltd.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TI BEVERAGE GROUP, LTD, <br><br> Plaintiff, <br><br> vs. <br><br> THE ALCHEMY CARTA LIMITED <br><br> and <br><br> LEGENDS OF ENGLAND, INC, <br><br> Defendants. | CASE NO. CV 13-1299 CAS (AGRx) <br><br> **NOTICE OF SETTLEMENT** |

Yesterday, Plaintiff TI BEVERAGE GROUP, LTD and defendants came to an oral agreement pursuant to which all claims brought in this case will be resolved. Plaintiff requests three weeks in which to memorialize the settlement agreement and then file a voluntary dismissal.

Respectfully submitted,

MACHAT & ASSOCIATES, P.C.

Dated: July ___, 2013        By: _____